UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY FELDMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:18-cv-00909-TWP-TAB |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP CORPORATION, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 10/26/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

All ECF-registered counsel of record